EDOK Criminal Complaint (Revised 6/13)

# United States District Court

## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>*Plaintiff,*<br><br>v.<br><br>**EUGENE LEE DOZIER,**<br><br>*Defendant.* | **CRIMINAL COMPLAINT**<br><br>**Case No.** 21-MJ-360-SPS |

I, Special Agent Samuel W. Suyehira, the undersigned complainant, state that the following is true to the best of my knowledge and belief.

On or about August 21, 2021, in the Eastern District of Oklahoma, **EUGENE LEE DOZIER**, committed the crime of Transferring a Firearm to an Out of State Resident, in violation of Title 18, United States Code, Section 922(a)(5).

I further state that I am a Special Agent with the ATF, and that this complaint is based on the following facts:

(See attached Affidavit of SA Samuel W. Suyehira, which is attached hereto and made a part hereof by reference.)

☒        Continued on the attached sheet.

SAMUEL W. SUYEHIRA
Special Agent
ATF

Sworn to before me and subscribed telephonically at: MUSKOGEE, OKLAHOMA

Date: September 11, 2021

UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer
STEVEN P. SHREDER
U.S. Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| | ) | Case No. 21-MJ-360-SPS |
| EUGENE LEE DOZIER | ) | |
| | ) | |
| | ) | |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Samuel W. Suyehira, being duly sworn, does depose and state the following:

**AGENT BACKGROUND AND INTRODUCTION**

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been since December 2016. I am currently assigned to the Tulsa I Field Office and I investigate violations of federal laws, including but not limited to firearms trafficking, narcotics trafficking, the commission of violent crimes, and conspiracy.

2. I obtained a Bachelor of Science degree in Chemistry from the College of Idaho in Caldwell, Idaho. I completed the Federal Law Enforcement Training Center Criminal Investigators Training Program and the ATF National Academy Special Agent Basic Training Program. During this time, I received instruction relating to the investigation of federal firearms and narcotics violations. Prior to joining ATF, I was a Criminalist for the Canyon County Sheriff's Office Forensic Science Unit in Canyon County, Idaho.

3. This affidavit is made for the limited purpose of establishing probable cause in support of a criminal complaint alleging that **Eugene Lee DOZIER,** hereafter referred to as **DOZIER,** did

commit a violation of Title 18 U.S.C. § 922(a)(5) by transferring or selling a firearm to an out of state resident.

4.  The statements made in this affidavit are based in part on: (a) my personal participation in this investigation; (b) information provided to me by other law enforcement officers; and (c) the training and experience of myself and other law enforcement agents and officers.

## APPLICABLE LAW

5.  As a result of my training and experience as an ATF Special Agent, I am familiar with federal criminal laws and am aware of the following statutes:

- **Title 18 U.S.C. § 922(a)(5) – Transferring Firearm to Out of State Resident**: It shall be unlawful for any person to transfer, sell, trade, give, transport, or deliver any firearm to any person who the transferor knows or has reasonable cause to believe does not reside in the State in which the transferor resides; except that this paragraph shall not apply to (A) the transfer, transportation, or delivery of a firearm made to carry out a bequest of a firearm to, or an acquisition by intestate succession of a firearm by, a person who is permitted to acquire or possess a firearm under the laws of the State of his residence, and (B) the loan or rental of a firearm to any person for temporary use for lawful sporting purposes.

## FACTS SUPPORTING PROBABLE CAUSE

6.  In June 2021, ATF Tulsa Field Office (FO) Special Agents received information that **DOZIER** was manufacturing firearm suppressors without a Federal Firearms License (FFL) and selling firearms and silencers without an FFL.  ATF Special Agents were provided with a business card which showed **DOZIER** advertises manufacturing silencers with a 10% discount to military and law enforcement personnel.

7.  ATF Special Agents subsequently caused a query to be completed for **DOZIER** through the ATF National Firearms Registration and Transfer Record (NFRTR) and the Federal Licensing

System (FLS) which reflected **DOZIER** has one silencer registered to him, and no FFL in **DOZIER**'s name nor associated with **DOZIER**.

8. On August 21, 2021, an ATF undercover agent (UCA) approached **DOZIER** at a table where **DOZIER** was selling firearms at the Muskogee Gun Show in Muskogee, Oklahoma within the Eastern District of Oklahoma.  At that time, **DOZIER** sold a Taurus, Model G3, 9x19mm semi-automatic pistol bearing serial number ACH115995 for $400.00 to the ATF UCA. **DOZIER** further provided the ATF UCA with fifty (50) Sellier and Bellot 9x19mm caliber rounds of ammunition.  The ATF UCA utilized electronic equipment which audio and video recorded the transaction.



*Eugene Lee DOZIER at Muskogee Gun Show*

9. During the above-referenced transaction, the following conversation summary occurred between the ATF UCA and **DOZIER**:

- The UCA asked **DOZIER** if **DOZIER** sold Glock firearms. **DOZIER** replied "we don't sell Glocks but if there is a particular one you are looking for, I can mail it to you. I do cash app, venmo, paypal. I can do it over the phone. "
- The ATF UCA asked **DOZIER** how many rounds does this hold, referring to the magazine for a Taurus-brand firearm on the table. The ATF UCA then observed that the magazine listed a capacity of 15 rounds on it. The ATF UCA told **DOZIER**, " I am from California, I cannot get these out there." **DOZIER** replied, " You can get them out to 17, 19, however long, you know they come extended."
- **DOZIER** advised that the price for the firearm was $399.00. **DOZIER** stated, "There is no paperwork, there is no tax, it is out the door. We don't do background checks."
- **DOZIER** then advised he would "throw in some ammo" with the purchase and stated, "If you want, I have a 1000 round brick, 200 round brick, 100 round brick."
- The ATF UCA then asked **DOZIER** if **DOZIER** had any .45 caliber pistols. **DOZIER** replied that he did but he did not have any with him and that they were $200.00 dollars higher.
- **DOZIER** stated that the Taurus pistols were his best seller.
- The ATF UCA again stated that he lived in California and could not get anything there. **DOZIER** replied that **DOZIER** had family in California near Red Bluff, CA. The ATF UCA asked, "So you are familiar with all of California's gun laws?" which **DOZIER** affirmed while nodding his head. **DOZIER** then began talking about how California is getting ready to change legislation in California and that a lady sued the state of California and won her case, so they have to change legislation.

10. The ATF UCA, at the time of the transaction, was a legal resident of the state of California and was detailed to the ATF Tulsa II Field Office.  The ATF UCA does not possess a FFL.

11. On September 9, 2021, I physically inspected the Taurus, Model G3, semi-automatic pistol bearing serial number ACH115995 purchased on August 21, 2021 by the ATF UCA from **DOZIER**.  I have attended specialized training with the ATF to make interstate nexus determinations of firearms.  Based on my inspection of the firearm, it is my opinion that the aforementioned firearm described above was manufactured outside of the State of Oklahoma and has traveled in interstate and/or foreign commerce.  The firearm is in fact classified as a

firearm, which the term "firearm" is defined in Title 18, United States Code (USC), Chapter 44, Section 921(a)(3).

12. Since this affidavit is being submitted for the limited purpose of enabling a judicial determination of whether probable cause exists to justify the issuance of a criminal complaint for **DOZIER**, I have not included each and every fact known concerning this investigation to me and others involved in this matter.  I have set forth only the facts that I believe are essential to establish the necessary foundation for a criminal complaint.  Based on the above and the totality of the circumstances, I believe that probable cause exists to issue a criminal complaint against **Eugene Lee DOZIER** for Transfer or Sale of a Firearm to an Out of State Resident in violation of Title 18 U.S.C. § 922(a)(5).

Samuel W. Suyehira
ATF Special Agent

Subscribed and sworn before me this 11th day of September, 2021.

STEVEN P. SHREDER
United States Magistrate Judge