IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          *Plaintiff,*<br>v.<br><br>EUGENE LEE DOZIER SR.,<br><br>          *Defendant.* | Case No. **CR 21-311 RAW** |

FILED
SEP 28 2021
PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

## INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

**ENGAGING IN THE BUSINESS OF DEALING, IMPORTING, AND MANUFACTURING FIREARMS WITHOUT A LICENSE**
[18 U.S.C. §§ 922(a)(1)(A), 923(a), & 924(a)(1)(D)]

Beginning on or about June 3, 2021 and continuing until or about September 11, 2021, within the Eastern District of Oklahoma, the defendant, **EUGENE LEE DOZIER SR.**, not being a licensed dealer, importer, and manufacturer of firearms within the meaning of Chapter 44, Title 18 United States Code, did willfully engage in the business of dealing, importing, and manufacturing firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

### COUNT TWO

**TRANSFERRING A FIREARM TO AN OUT-OF-STATE RESIDENT**
[18 U.S.C. §§ 922(a)(5) & 924(a)(1)(D)]

On or about August 21, 2021, within the Eastern District of Oklahoma, the defendant, **EUGENE LEE DOZIER SR.**, not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18 United States Code, did willfully transfer,

1

sell, trade, give, transport, and deliver a firearm, to wit: a Taurus G3 9 mm Pistol bearing serial number ACH115995, to T.M., said person not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing and with reasonable cause to believe that T.M. was not then residing in the State of Oklahoma, the State in which the defendant was residing at the time of the aforesaid transfer, sale, trade, giving, transportation, and delivery of the firearm, in violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

A TRUE BILL:

CHRISTOPHER J. WILSON
Acting United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

JARROD LEAMAN OK Bar# 22623
Assistant United States Attorney

2