# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>             )<br>v.             )  Case No.  CR-21-311-BMJ<br>             )<br>EUGENE LEE DOZIER, SR., )<br>        Defendant. ) | |

### UNOPPOSED MOTION FOR
### CONTINUANCE OF JURY TRIAL SET MAY 17, 2022

Comes now Roger Hilfiger, and on behalf of Eugene Lee Dozier, Sr., requests a continuance of the scheduling dates and jury trial date, and in support of this motion would state as follows:

1. Counsel has discussed this request with Defendant, Eugene Lee Dozier, Sr., and he agrees with this request, and Defendant is not in detention;

2. Counsel has discussed this request with the AUSA, Jarrod Leaman, for the government and he does not object to this request;

3. Previously, the government indicated that there were further investigations into Mr. Dozier, that may result in additional charges, and now the AUSA, has informed the undersigned that the is requesting a superceding Indictment to be entered at the next grand jury, and the

      Defendant requests more time for discovery and preparation based on the unknown contents of the purported superceding Indictment;

4. Defendant has executed a Waiver of Right to Speedy Trial which is being filed contemporaneously with this motion;

5. Certain property of the Defendant was seized on September 14, 2021, and is being held by the government, more particularly his laptop computer and other papers that Defendant needs to be able to review to prepare his defense to this charges; Defendant has made repeated requests for the return of those items; and he was informed yesterday that he could have his laptop back, but also informed that it would not be until next week before that could be accomplished, and Defendant needs additional time after return for review of the materials;

6. Defendant is on bond and will not be prejudiced by a continuance in these proceedings, and a continuance is necessary so that Defendant can be properly prepared; and,

7. Defendant's attorney has already made plans to be out of the country for three weeks beginning March 21, 2022.

Dated March 18, 2022.

                                                                *s/ Roger Hilfiger*

>Roger Hilfiger OBA # 4198
>Attorney at Law
>620 West Broadway
>P.O. Box 0791
>Muskogee, OK 74402-0791
>E-mail - rogeratty@cookhilfiger.com

**CERTIFICATE OF SERVICE AND ELECTRONIC SUBMISSION**

    I hereby certify on March 18, 2022, a PDF formatted version of the foregoing was electronically filed with the Eastern District of Oklahoma via CM/ECF - Document Filing System, to which any necessary privacy redactions have been made.

>*s/ Roger Hilfiger*
>Roger Hilfiger