# UNITED STATES DISTRICT COURT
for the

EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No.: CR-21-311-BMJ |
| v. | ) | Date: 03/24/2022 |
| EUGENE LEE DOZIER | ) | Time: 2:12 p.m. – 2:23 p.m. |
| Defendant. | ) | |

## MINUTE SHEET – VIDEO CONFERENCE ARRAIGNMENT

U.S. Magistrate Judge Jason A. Robertson    Paige Bruce, Deputy Clerk    FTR Courtroom: 4 - Room 420

Counsel for Plaintiff:    Clay Compton for Jarrod Leaman, AUSA (via video)

Counsel for Defendant    Ben Hilfiger for Roger Hilfiger, AFPD (via video)

☒ Defendant appears by video with consent
☒ Defendant's name amended by interlineation to Eugene Lee Dozier    Objections [ ]Yes [X]No

☐ Fin. Afd / Deft orally requested counsel    Objections ☐yes  ☐ no    ☐ Court appointed counsel
☐ Interpreter: _____ ; ☐ sworn

Defendant appears by video: ☒ with Counsel;  ☐ Counsel waived;  ☐ w/o Counsel;
☒ Defendant acknowledged receipt of Indictment and has had an opportunity to discuss it with counsel
☒ Defendant advised of constitutional rights, charges, possible penalties
☒ Defendant entered not guilty plea as to Count   1s-4s   of the Superseding Indictment

**Trial / Motions:**
☒ Jury Trial previously set 06/21/2022 at 9:00 a.m. before U.S. District Judge Bernard M. Jones, II
☒ Court advised defendant will have 14 days to file motions and Government will have 7 days to respond

**Discovery**:
☒ Court inquired of counsel as to the status of discovery production pursuant to Local Criminal Rule 16.1(A)(1)
   requiring the Government to provide discovery to defendant contemporaneously with the arraignment.
      ☐ Government has complied                    ☒ Government has not complied
   Parties ☐ do ☒ do not foresee any problems which the Court should anticipate.
☒ Court reminds Government of their discovery obligations pursuant to the Due Process Protections Act

**Detention / Bond:**
☒ Defendant allowed to remain on same bond with conditions of release
☐ Government filed written Motion for Detention
☐ Defendant orally moved for detention hearing
☐ Detention hearing set _____
☐ Defendant present on writ and reserves as to issue of detention at this time
☐ Defendant agreed issue of bond is moot
☐ Defendant to remain in custody and was remanded to the custody of USMS

☒ The sound recording for this hearing has been reviewed for completeness and correctness. The recording is a true and accurate record of these proceedings: PB