## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Plaintiff,* | |
| **v.** | **Case No. CR-21-311-BMJ** |
| **EUGENE LEE DOZIER, SR,** | |
| *Defendant.* | |

## UNITED STATES MOTION TO CORRECT REDACTED SUPERSEDING INDICTMENT

Comes now the United States, by and through the undersigned Assistant United States Attorney, and moves this Court to correct the redacted Superseding Indictment, (Doc. No. 42), with the attached document for the reasons set out below:

1.      On May 22, 2022, a grand jury sitting in the Eastern District of Oklahoma returned a four-count superseding indictment against the defendant.

2.      When a grand jury returns an indictment, it is filed under seal because it bears the grand jury foreperson's name and signature.  This version of the indictment is known as the "unredacted" version.  A "redacted" version is filed of record that does not bear the grand jury foreperson's name and signature.  The "redacted" version is the publicly available version of the document.

3.      The "redacted" Superseding Indictment filed in this case, (Doc. No. 42), was mistakenly filed without the forfeiture allegation identified in the "unredacted" version of the Superseding Indictment, (Doc. No. 43).

1

4.    Counsel for the Defendant is on vacation for the next two weeks and could not be consulted about the relief requested in this motion.

WHEREFORE the United States respectfully requests this Court correct the redacted Superseding Indictment, (Doc. No. 42), with the attached redacted Superseding Indictment.

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

s/    Jarrod Leaman
 JARROD LEAMAN
Assistant United States Attorney
520 Denison Avenue
Muskogee, OK 74401
(918) 684-5100

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2022, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrant.

Roger Hilfiger, Attorney for Defendant

s/     Jarrod Leaman
JARROD LEAMAN
Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA,

               *Plaintiff,*

v.

EUGENE LEE DOZIER SR.,

               *Defendant.*

Case No. CR-21-311-BMJ

## SUPERSEDING INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

### ENGAGING IN THE BUSINESS OF DEALING, IMPORTING, AND MANUFACTURING FIREARMS WITHOUT A LICENSE
### [18 U.S.C. §§ 922(a)(1)(A), 923(a), & 924(a)(1)(D)]

Beginning on or about June 3, 2021, and continuing until or about September 11, 2021, within the Eastern District of Oklahoma, the defendant, **EUGENE LEE DOZIER SR.**, not being a licensed dealer, importer, and manufacturer of firearms within the meaning of Chapter 44, Title 18 United States Code, did willfully engage in the business of dealing, importing, and manufacturing firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

### COUNT TWO

### TRANSFERRING A FIREARM TO AN OUT-OF-STATE RESIDENT
### [18 U.S.C. §§ 922(a)(5) & 924(a)(1)(D)]

On or about August 21, 2021, within the Eastern District of Oklahoma, the defendant, **EUGENE LEE DOZIER SR.**, not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18 United States Code, did willfully transfer,

1

sell, trade, give, transport, and deliver a firearm, to wit: a Taurus G3 9 mm Pistol bearing serial number ACH115995, to T.M., said person not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing and with reasonable cause to believe that T.M. was not then residing in the State of Oklahoma, the State in which the defendant was residing at the time of the aforesaid transfer, sale, trade, giving, transportation, and delivery of the firearm, in violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

## COUNT THREE

### POSSESSION OF AN UNREGISTERED FIREARM
### [26 U.S.C. §§ 5841, 5845(a)(7), 5861(d) & 5871]

On or about September 2, 2021, within the Eastern District of Oklahoma, the defendant, **EUGENE LEE DOZIER SR.**, did knowingly possess a firearm silencer to-wit:

- One (1) firearm silencer described as a non-ferrous metal cylindrical device with black finish on the exterior measuring approximately 9-3/4 inches in length and containing a monocore baffle and not identified by a serial number (ATF exhibit 10);

- One (1) firearm silencer described as a non-ferrous metal cylindrical device with black finish on the exterior measuring approximately 9-3/4 inches in length and containing a monocore baffle and not identified by a serial number (ATF exhibit 36A);

- One (1) firearm silencer described as a non-ferrous metal cylindrical device that is silver in color measuring approximately 9-7/8 inches and not identified by a serial number;

2

- One (1) firearm silencer described as a set of six firearm baffles, silver in color, made from an aluminum material measuring 1-1/8 inches in length and not identified by a serial number; and,

- One (1) firearm silencer bearing markings: ML25LT 3CLE200383511 Freedom Engineering ½ to LED C Mag,

which was not registered to him in the National Firearms Registration and Transfer Record, as required by Chapter 53, Title 26, United States Code, in violation of Title 26, United States Code, Sections 5841, 5845(a)(7), 5861(d), and 5871.

## COUNT FOUR

### POSSESSION OF A FIREARM UNIDENTIFIED BY SERIAL NUMBER
### [26 U.S.C. §§ 5845(a)(7), 5861(i) & 5871]

On or about September 2, 2021, within the Eastern District of Oklahoma, the defendant, **EUGENE LEE DOZIER SR.**, did knowingly possess a firearm to-wit:

- One (1) firearm silencer described as a non-ferrous metal cylindrical device with black finish on the exterior measuring approximately 9-3/4 inches in length and containing a monocore baffle and not identified by a serial number (ATF Exhibit 10);

- One (1) firearm silencer described as a non-ferrous metal cylindrical device with black finish on the exterior measuring approximately 9-3/4 inches in length and containing a monocore baffle and not identified by a serial number (ATF Exhibit 36A);

- One (1) firearm silencer described as a non-ferrous metal cylindrical device that is silver in color measuring approximately 9-7/8 inches and not identified by a

3

serial number; and,

- One (1) firearm silencer described as a set of six firearm baffles, silver in color, made from an aluminum material measuring 1-1/8 inches in length and not identified by a serial number,

as required by Chapter 53 of Title 26, in violation of Title 26, United States Code, Sections 5845(a)(7), 5861(i), and 5871.

## FORFEITURE ALLEGATION
### [18 U.S.C. § 924(d), 26 U.S.C. § 5872, & 28 U.S.C. § 2461(c)]

The allegations contained in Counts One through Four of this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

Upon conviction of the violations alleged in Counts One through Four of this Superseding Indictment, involving violations of Title 18, United States Code, Sections 922(a)(1)(A), 922(a)(5), and 924(a)(1)(D), and Title 26, United States Code, Sections 5861(d) and (i), the defendant, **EUGENE LEE DOZIER SR.**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including, but not limited to:

- One (1) Taurus G3 9 mm Pistol bearing serial number ACH115995;

- One (1) firearm silencer bearing markings: ML25LT 3CLE200383511 Freedom Engineering ½ to LED C Mag;

- One (1) firearm silencer described as a non-ferrous metal cylindrical device with black finish on the exterior measuring approximately 9-3/4 inches in length and containing a monocore baffle and not identified by a serial number (ATF Exhibit 10);

4

- 20 rounds 7.65mm PPU Ammunition.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

JARROD LEAMAN Bar # 22623
Assistant United States Attorney