OKED 442 (Rev. 09/15)

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America<br>v.<br><br>EUGENE LEE DOZIER SR.<br>*Defendant* | )<br>)<br>)<br>)  Case No. CR-21-311-BMJ<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
**EUGENE LEE DOZIER SR.**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☒ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1s – Engaging in the Business of Dealing, Importing, and Manufacturing Firearms without a License With Forfeiture Allegation
Ct. 2s – Transferring a Firearm to an Out-Of-State Resident with Forfeiture Allegation
Ct. 3s – Possession of an Unregistered Firearm with Forfeiture Allegation
Ct. 4s – Possession of a Firearm Unidentified by Serial Number with Forfeiture Allegation

DATE: 03/22/2022
Muskogee, Oklahoma

FILED
MAR 3 0 2022
PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

WARRANT ISSUED:
PATRICK KEANEY, Clerk

By: Kimberly Cluck
    *Deputy Clerk*

**Return**

This warrant was received on *(date)* 3/23/22, and the person was arrested on *(date)* 3/24/22
at *(city and state)* Muskogee, OK.

Date: 3/29/22

Arresting officer's signature
Jeff Lindey DUSM
*Printed name and title*