

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

JUL 2 6 2022

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

UNITED STATES OF AMERICA,

      *Plaintiff,*

v.

EUGENE LEE DOZIER,

      *Defendant.*

Case No. CR-21-311-BMJ

### S E C O N D   S U P E R S E D I N G   I N D I C T M E N T

The Federal Grand Jury charges:

#### COUNT ONE

#### ENGAGING IN THE BUSINESS OF DEALING, IMPORTING, AND MANUFACTURING FIREARMS WITHOUT A LICENSE
#### [18 U.S.C. §§ 922(a)(1)(A), 923(a), & 924(a)(1)(D)]

  Beginning on or about October 1, 2020, and continuing until or about September 11, 2021, within the Eastern District of Oklahoma, the defendant, **EUGENE LEE DOZIER**, not being a licensed dealer, importer, and manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing, importing, and manufacturing firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

#### COUNT TWO

#### TRANSFERRING A FIREARM TO AN OUT-OF-STATE RESIDENT
#### [18 U.S.C. §§ 922(a)(5) & 924(a)(1)(D)]

  On or about August 21, 2021, within the Eastern District of Oklahoma, the defendant, **EUGENE LEE DOZIER**, not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18 United States Code, did willfully transfer, sell, trade, give, transport, and deliver a firearm, to wit: a Taurus G3 9 mm Pistol bearing serial

1

number ACH115995, to T.M., said person not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing and with reasonable cause to believe that T.M. was not then residing in the State of Oklahoma, the State in which the defendant was residing at the time of the aforesaid transfer, sale, trade, giving, transportation, and delivery of the firearm, in violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

## COUNT THREE

### POSSESSION OF AN UNREGISTERED FIREARM
### [26 U.S.C. §§ 5841, 5845(a)(7), 5861(d), & 5871]

On or about September 2, 2021, within the Eastern District of Oklahoma, the defendant, **EUGENE LEE DOZIER**, did knowingly possess a firearm silencer to-wit:

- One (1) firearm silencer described as a non-ferrous metal cylindrical device with black finish on the exterior measuring approximately 9-3/4 inches in length and containing a monocore baffle and not identified by a serial number (ATF exhibit 10);
- One (1) firearm silencer described as a non-ferrous metal cylindrical device with black finish on the exterior measuring approximately 9-3/4 inches in length and containing a monocore baffle and not identified by a serial number (ATF exhibit 36A);
- One (1) firearm silencer described as a non-ferrous metal cylindrical device that is silver in color measuring approximately 9-7/8 inches and not identified by a serial number;
- One (1) firearm silencer described as a set of six firearm baffles, silver in color, made from an aluminum material measuring 1-1/8 inches in length and not identified by a serial number; and,
- One (1) firearm silencer bearing markings: ML25LT 3CLE200383511 Freedom Engineering ½ to LED C Mag,

which was not registered to him in the National Firearms Registration and Transfer Record, as required by Chapter 53, Title 26, United States Code, in violation of Title 26, United States Code, Sections 5841, 5845(a)(7), 5861(d), and 5871.+

## COUNT FOUR

### POSSESSION OF A FIREARM UNIDENTIFIED BY SERIAL NUMBER
### [26 U.S.C. §§ 5845(a)(7), 5861(i), & 5871]

On or about September 2, 2021, within the Eastern District of Oklahoma, the defendant, **EUGENE LEE DOZIER**, did knowingly possess a firearm to-wit:

- One (1) firearm silencer described as a non-ferrous metal cylindrical device with black finish on the exterior measuring approximately 9-3/4 inches in length and containing a monocore baffle and not identified by a serial number (ATF Exhibit 10);
- One (1) firearm silencer described as a non-ferrous metal cylindrical device with black finish on the exterior measuring approximately 9-3/4 inches in length and containing a monocore baffle and not identified by a serial number (ATF Exhibit 36A);
- One (1) firearm silencer described as a non-ferrous metal cylindrical device that is silver in color measuring approximately 9-7/8 inches and not identified by a serial number; and,
- One (1) firearm silencer described as a set of six firearm baffles, silver in color, made from an aluminum material measuring 1-1/8 inches in length and not identified by a serial number,

as required by Chapter 53 of Title 26, in violation of Title 26, United States Code, Sections 5845(a)(7), 5861(i), and 5871.

## COUNT FIVE

### TRANSFER OF UNREGISTERED FIREARM
### [26 U.S.C. §§ 5845, 5861(e), & 5871]

On or about June 29, 2020, in the Eastern District of Oklahoma, the defendant, **EUGENE LEE DOZIER**, knowingly and unlawfully transferred a firearm, to-wit: one (1) firearm silencer described as a cylindrical device, silver in color measuring approximately 9-5/8 inches in length containing an outer body and a monocore baffle which incorporates integral front and rear end-caps and not identified by a serial number, which was not registered to him in the National Firearms Registration and Transfer Record, as required by Chapter 53, Title 26, United States Code, to R.H., in violation of Title 26, United States Code, Sections 5845, 5812, 5861(e), and

5871.

## FORFEITURE ALLEGATION
## [18 U.S.C. § 924(d), 26 U.S.C. § 5872, & 28 U.S.C. § 2461(c)]

The allegations contained in Counts One through Five of this Second Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

Upon conviction of the violations alleged in Counts One through Five of this Second Superseding Indictment, involving violations of Title 18, United States Code, Sections 922(a)(1)(A), 922(a)(5), and 924(a)(1)(D), and Title 26, United States Code, Sections 5861(d), (e), and (i), the defendant, **EUGENE LEE DOZIER**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including, but not limited to:

- One (1) Taurus G3 9 mm Pistol bearing serial number ACH115995;
- One (1) firearm silencer bearing markings: ML25LT 3CLE200383511 Freedom Engineering ½ to LED C Mag;
- One (1) firearm silencer described as a non-ferrous metal cylindrical device with black finish on the exterior measuring approximately 9-3/4 inches in length and containing a monocore baffle and not identified by a serial number (ATF Exhibit 10);
- One (1) firearm silencer described as a non-ferrous metal cylindrical device with black finish on the exterior measuring approximately 9-3/4 inches in length and containing a monocore baffle and not identified by a serial number (ATF Exhibit 36A);
- One (1) firearm silencer described as a non-ferrous metal cylindrical device that is silver in color measuring approximately 9-7/8 inches and not identified by a serial number;
- One (1) firearm silencer described as a set of six firearm baffles, silver in color, made from an aluminum material measuring 1-1/8 inches in length and not identified by a serial number;
- One (1) firearm silencer described as a cylindrical device, silver in color measuring approximately 9-5/8 inches in length containing an outer body and a monocore baffle which incorporates integral front and rear end-caps and not identified by a serial number (ATF exhibit 40);

- One (1) Aero Precision, Model X15, serial number X390376;
- One (1) Unknown Mfg, Unknown model, serial number RX6626;
- One (1) Taurus, Model G3, serial number ACH116328;
- One (1) Taurus, Model G3, serial number ACH115995;
- Fifty (50) rounds Sellier and Bellot 9mm ammunition;
- Fifty (50) rounds Sellier and Bellot 9mm ammunition;
- Four (4) rounds .300 Win Mag ammunition; and
- Twenty (20) rounds 7.65mm PPU ammunition.

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

CHRISTOPHER J. WILSON
United States Attorney

s / Foreperson
FOREPERSON OF THE GRAND JURY

JARROD LEAMAN Bar # 22623
Assistant United States Attorney

5