OKED 442 (Rev. 09/15)

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America<br>v.<br><br>EUGENE LEE DOZIER<br>*Defendant* | )<br>)<br>)<br>) Case No. CR-21-311-BMJ<br>)<br>)<br>) |

RECEIVED
JUL 27 2022
U.S. Marshals
Eastern Oklahoma

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
EUGENE LEE DOZIER
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☒ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Ct. 1ss – Engaging in the Business f Dealing, Importing, and Manufacturing Firearms without a License with Forfeiture Allegation
Ct. 2ss – Transferring a Firearm to an out-of-state Resident with Forfeiture Allegation
Ct. 3ss – Possession of an Unregistered Firearm with Forfeiture Allegation
Ct. 4ss – Possession of a Firearm Unidentified by Serial Number with Forfeiture Allegation
Ct. 5ss – Transfer of Unregistered Firearm with Forfeiture Allegation

DATE: 07/26/2022
Muskogee, Oklahoma

WARRANT ISSUED:
BONNIE HACKLER, Clerk

By: *Kat Hayes*
   *Deputy Clerk*

**Return**

This warrant was received on (date) 7-27-22, and the person was arrested on (date) 8-1-22
at (city and state) Muskogee, OK
Date: 8/5/22

FILED
AUG 05 2022

*Jeffrey L. Johnston*   Arresting officer's signature
Jeffrey L. Johnston  SDUSM
*Printed name and title*

BONNIE HACKLER
Clerk, U.S. District Court
By_____
   Deputy Clerk