IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>**EUGENE LEE DOZIER,**<br><br>*Defendant.* | Case No. 21-CR-311-BMJ |

## NOTICE OF DISMISSAL

COMES NOW the plaintiff, United States of America, by and through United States Attorney Christopher J. Wilson and Assistant United States Attorney, Jarrod Leaman, and dismisses the Indictment, Superseding Indictment, and Counts One, Three, Four, and Five of the Second Superseding Indictment as to **EUGENE LEE DOZIER**, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The defendant has heretofore pleaded guilty to Count Two of the Second Superseding Indictment and further prosecution is deemed unwarranted.

CHRISTOPHER J. WILSON
United States Attorney

/s/ Jarrod Leaman
JARROD LEAMAN OBA# 22623
Assistant United States Attorney

LEAVE GRANTED FOR FILING:

_____
BERNARD M. JONES, II
United States District Judge